

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00311-CV

Dennis **PEREZ**,
Appellant

v.

**FOUR S'S, INC.** D/B/A Express Lube #21,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-09541
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Luz Elena D. Chapa, Justice
             Jason Pulliam, Justice

Delivered and Filed:  November 2, 2016

DISMISSED

Dennis Perez appeals the trial court's judgment. Perez's brief was originally due August 1, 2016. We granted Perez an extension until September 14, 2016, to file the brief and a second extension until October 12, 2016, to file the brief. Perez did not file the appellant's brief. On October 14, 2016, we ordered Perez to file his brief by October 24, 2016, and explain his failure to file his brief. Our October 14, 2016 order advised Perez that if his brief and response were not filed by October 24, 2016, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (court may dismiss appeal because appellant has

failed to comply with a court order within the time provided). Because Perez has not filed a brief or the written response ordered by the court, this appeal is dismissed.

PER CURIAM